IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ADELPHIA GATEWAY, LLC** | : | |
| *Plaintiff* | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **TEMPORARY EASEMENT FOR 0.022 ACRES IN CITY OF CHESTER, DELAWARE COUNTY, PENNSYLVANIA**, *et al.*, | : : : : | **No. 20-2069** |
| *Defendants* | : | |

### O R D E R

**AND NOW**, this 17th day of July 2024, upon consideration of Plaintiff Adelphia Gateway, LLC's Motion for Summary Judgment (ECF No. 27), for the reasons stated in the accompanying memorandum, it is **ORDERED** as follows:

1. The Motion for Summary Judgment (ECF No. 27) is **GRANTED**.

2. Judgment in the amount of $170 is entered against Adelphia Gateway, LLC and in favor of the remaining Defendant Landowners, to wit, Robert Paden, Jr., Eric Paden, Tiana Paden Jones, Daryl Antonio Paden, and Ronald Paden, to be distributed in equal shares.

3. Within **three (3) days** of tendering payment to the remaining Defendant Landowners, but no later than **August 23, 2024**, Plaintiff Adelphia Gateway, LLC shall file verification of payment on the docket and move to return the bond posted by Adelphia as security for the payment of just compensation.

**IT IS FURTHER ORDERED** that the Clerk of Court is **DIRECTED** to mark this case **CLOSED.**

BY THE COURT:

/s/ *Mitchell S. Goldberg*

**Mitchell S. Goldberg,     J.**